DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GAVIN WASHINGTON GUY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-650

[August 24, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Coates, Jr, Judge; L.T. Case No. 16CF011945AMB.

Gavin Washington Guy, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***